IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH W. JONES-BEY,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAMES TILTON,<br><br>    Defendant.<br>_____/ | No. CIV S-08-0148-WBS-EFB-P |
| JOSEPH W. JONES-BEY,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAMES TILTON, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-08-0289-FCD-CMK-P<br><br>ORDER |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff also has another action pending before this court which has been docketed as Jones-Bey v. Tilton, E.D. Cal. case no. 08-CV-0148-WBS-EFB-P.

/ / /

1

On March 17, 2008, plaintiff filed an amended complaint in case no. 08-CV-0148-WBS-EFB-P. Plaintiff also filed an amended complaint in case no. 08-CV-0289-FCD-CMK-P on March 24, 2008. On April 7, 2008, the court issued an order in case no. 08-CV-0289-FCD-CMK-P dismissing the March 24, 2008, amended complaint and directing plaintiff to file a second amended complaint within 30 days. On April 11, 2008, plaintiff submitted a letter in case no. 08-CV-0289-FCD-CMK-P informing the court that he had inadvertently switched the cover pages on the amended complaints filed in his two cases. Specifically, plaintiff clarified that the March 17, 2008, amended complaint was intended for case no. 08-CV-0289-FCD-CMK-P and the March 24, 2008, amended complaint was intended for case no. 08-CV-0148-WBS-EFB-P.

To correct the error created by plaintiff's mistake, the court hereby directs the Clerk of the Court to re-docket the March 17, 2008, amended complaint as if it had been filed in case no. 08-CV-0289-FCD-CMK-P and to re-docket the March 24, 2008, amended complaint as if it had been filed in case no. 08-CV-0148-WBS-EFB-P. The April 7, 2008, screening order issued in case no. 08-CV-0289-FCD-CMK-P is vacated because it addressed the wrong amended complaint. By separate orders issued after the docket corrections outlined above are accomplished, the amended complaints in both actions will be screened.

IT IS SO ORDERED.

DATED: May 22, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE